### TOWN OF WINDHAM V. TOWN OF NORWICH.

Citizens belonging to other states are not to be considered as foreigners, but their wives and families are settled where they are settled.

ACTION of the case for transporting into said Windham from the town of Norwich against law and right, on the day of October A. D. 1791, one Esther Heriden and four children, who were paupers, and who did not belong to said Windham whereby the burden of supporting them was thrown upon said Windham. Plea — Not guilty. Issue to the court.

The state of the case was — Said Esther was born in the town of Windham, and on the 23d of November A. D. 1782, removed with a certificate from said town of Windham to Norwich, which certificate was duly lodged with the town clerk; on the 11th of September A. D. 1783, she was married to William Heriden of Norton, in the state of Massachusetts; about two years ago he went off and left his wife and family, said Esther not having gained any settlement out of the town of Windham, except in right of her husband, in said town of Norton.

Question — Whether as the husband's settlement was in another state, he was to be considered as a foreigner? And her settlement at Windham, which had been suspended by the marriage, was to be revived by his going away and absconding.

Judgment — That the defendants are guilty. That the citizens of the other states in the Union, are not to be considered as foreigners; and the wife is settled where the husband is settled.